Boris Feldman (BF-8483)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Gideon A. Schor (GS-5932)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

*Attorneys for Defendants Stryker Corporation,
Stephen P. MacMillan, and Dean H. Bergy*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRYKER CORPORATION, STEPHEN P. MACMILLAN and DEAN H. BERGY,<br><br>Defendants. | ECF Case<br><br>Case No.: 1:10 cv-00376-RWS<br><br>**NOTICE OF MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF MICHIGAN** |

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the accompanying declaration of Thomas R. Winkel, and all prior pleadings and proceedings herein, defendants Stryker Corporation, Stephen P. MacMillan, and Dean H. Bergy (collectively, "Defendants") will move this Court, in Courtroom 18C before the Honorable Robert W. Sweet, United States District Judge for the Southern District of New York, in the Courthouse located at

500 Pearl Street, New York, New York, 10007, on March 3, 2010, at 12:00 noon, for an Order, pursuant to 28 U.S.C. § 1404(a), granting Defendants' motion to transfer venue of this case and all related cases subsequently filed in this District to the United States District Court for the Western District of Michigan at Kalamazoo, and for such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Local Civil Rules of this Court, any opposing affidavits and answering memoranda of law shall be served within fourteen (14) days of this date, and any reply affidavits and memoranda of law shall be served within seven (7) days of service of such opposing affidavits and answering memoranda.

Dated: February 5, 2010

By:    /s/ Gideon A. Schor
       Gideon A. Schor (GS-5932)

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Boris Feldman (BF-8483)
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendants Stryker Corporation, Stephen P. MacMillan, and Dean H. Bergy*