# EXHIBIT A

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Mary Castrovinci, on behalf of the New Jersey Building Laborers Pension and Annuity Funds declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed the Stryker Corporation (NYSE: SYK) complaint and I designate Milberg LLP as counsel for the New Jersey Building Laborers Pension and Annuity Funds in this action for all purposes.

2. As Fund Administrator of the New Jersey Building Laborers Pension and Annuity Funds, I have been duly authorized by the New Jersey Building Laborers Pension and Annuity Funds to commence litigation against Stryker Corporation (NYSE: SYK) and the other defendants, and to respond to any issues raised during this litigation.

3. The New Jersey Building Laborers Pension and Annuity Funds did not acquire Stryker Corporation (NYSE: SYK) securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. The New Jersey Building Laborers Pension and Annuity Funds are willing to serve as a lead plaintiff either individually or as part of a group, and understand that a lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5. The New Jersey Building Laborers Pension and Annuity Funds will not accept any payment for serving as a representative party beyond their pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. The New Jersey Building Laborers Pension and Annuity Funds have sought to serve and were appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws field during the three-year period preceding the date of this Certification:

    *In re Opnext, Inc. Sec. Litig.*, No. 08-CV-0920 (D.N.J. filed Feb. 20, 2008)
    (appointed lead plaintiff on June 30, 2008, case settled on Jan. 6, 2010)

7. The New Jersey Building Laborers Pension and Annuity Funds have sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew their motion or were not appointed as lead plaintiff:

    *Query v. Maxim Integrated Products, Inc.*, No. 5:08-CV-00832 (N.D. Cal. filed Feb. 6, 2008)
    *Backe v. Novatel Wireless, Inc.*, No. 08-CV-01689-H (S.D. Cal. filed Sept. 15, 2008)
    *Waterford Twp. Gen. Employees Ret. Sys. v. Bank United Fin. Corp.*, No. 08-CV-22572 (S.D. Fla. filed Sept. 16, 2008)
    *Iron Workers Local No. 25 Pension Fund v. Allen*, No. 4:09-CV-00405 (E.D. Ark. filed June 1, 2009)
    *In re Genzyme Corp. Sec. Litig.*, No. 1:09cv11267 (D. Mass. filed July 29, 2009)

8. The New Jersey Building Laborers Pension and Annuity Funds understand that this is not a claim form, and that their ability to share in any recovery as a member of the class is unaffected by their decision to serve as a representative party.

487256

9. The New Jersey Building Laborers Pension and Annuity Funds have made the following transactions in Stryker Corporation (NYSE: SYK) during the Class Period specified in the complaint and will provide records of those transactions upon request:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| SEE ATTACHED SCHEDULE A | | | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of March, 2010

WALKIDIA RIVERA
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/15/2014

New Jersey Building Laborers
Pension and Annuity Funds
By: _____
Mary Castrovinci
Fund Administrator

2

## Schedule A
### New Jersey Building Laborers Pension Fund
### Transaction(s) in: Stryker Corporation (NYSE:SYK)

**Purchase(s):**

| Date | Shares | Price |
|---|---|---|
| 11/14/2007 | 5,200 | 71.00 |
| 12/4/2007 | 2,400 | 73.14 |
| 1/11/2008 | 1,200 | 71.68 |
| 1/24/2008 | 2,500 | 69.38 |

**Sale(s):**

| Date | Shares | Price |
|---|---|---|
| 2/28/2007 | 1,050 | 61.43 |
| 8/6/2007 | 700 | 64.43 |
| 8/10/2007 | 700 | 67.71 |
| 12/11/2007 | 810 | 75.30 |
| 2/21/2008 | 2,500 | 67.09 |
| 3/10/2008 | 7,600 | 60.07 |
| 7/22/2008 | 600 | 65.15 |
| 7/23/2008 | 600 | 64.65 |

3

<u>Schedule A</u>
<u>New Jersey Building Laborers Annuity Fund</u>
<u>Transaction(s) in: Stryker Corporation (NYSE:SYK)</u>

Purchase(s):

| Date | Shares | Price |
|---|---|---|
| 11/14/2007 | 1,200 | 71.00 |
| 11/30/2007 | 400 | 73.20 |
| 12/4/2007 | 800 | 73.14 |
| 1/24/2008 | 900 | 69.38 |

Sale(s):

| Date | Shares | Price |
|---|---|---|
| 2/21/2008 | 800 | 67.09 |
| 3/10/2008 | 2,500 | 60.07 |

4