# EXHIBIT B

**Stryker Corporation (NYSE:SYK)**

Class Period: 1/25/07-11/13/08

Hold price: $40.2760

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1) | | | | SHARES HELD | ESTIMATED VALUE (2) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| NJ BLDG LAB ANNUITY | 11/14/07 | **1,200** | 71.0000 | 85,200.00 | 02/21/08 | 800 | 67.0870 | 53,669.60 | | | (15,420.00) |
| | 11/30/07 | **400** | 73.2000 | 29,280.00 | 03/10/08 | 2,500 | 60.0660 | 150,165.00 | | | 36,305.40 |
| | 12/04/07 | **800** | 73.1430 | 58,514.40 | | | | | | | (26,293.60) |
| | 01/24/08 | **900** | 69.3840 | 62,445.60 | | | | | | | (26,197.20) |
| **NJ BLDG LAB ANNUITY Total** | | **3,300** | | **235,440.00** | | **3,300** | | **203,834.60** | **0** | **0.00** | **(31,605.40)** |
| NJ BLDG LAB PENSION | Pre-class | **9,110** | | | 02/28/07 | 1,050 | 61.4300 | | | | |
| | | | | | 08/06/07 | 700 | 64.4250 | | | | |
| | | | | | 08/10/07 | 700 | 67.7140 | | | | |
| | | | | | 12/11/07 | 810 | 75.3030 | | | | |
| | | | | | 02/21/08 | 2,500 | 67.0870 | | | | |
| | | | | | 03/10/08 | 3,350 | 60.0660 | | | | |
| | | | | | Total | **9,110** | | | | | |
| NJ BLDG LAB PENSION | 11/14/07 | **5,200** | 71.0000 | 369,200.00 | 03/10/08 | 4,250 | 60.0660 | 255,280.50 | | | (75,657.30) |
| | 12/04/07 | **2,400** | 73.1430 | 175,543.20 | 07/22/08 | 600 | 65.1530 | 39,091.80 | | | (63,954.60) |
| | 01/11/08 | **1,200** | 71.6800 | 86,016.00 | 07/23/08 | 600 | 64.6470 | 38,788.20 | | | (23,062.20) |
| | 01/24/08 | **2,500** | 69.3840 | 173,460.00 | *11/25/08* | *630* | *40.6578* | *25,614.41* (3) | | | (72,529.47) |
| | | | | | *11/25/08* | *770* | *40.6578* | *31,306.51* (3) | | | 293.99 |
| **NJ BLDG LAB PENSION Total** | | **11,300** | | **804,219.20** | | **6,850** | | **390,081.42** | **4,450** | **179,228.20** | **(234,909.58)** |
| **Grand Total** | | **14,600** | | **1,039,659.20** | | **10,150** | | **593,916.02** | **4,450** | | **(266,514.98)** |

(1) Sales have been applied on a FIFO basis.
(2) Shares held through the date of this filing have been valued using the average price $40.2760 per share.
(3) Shares sold within the 90-day hold period were valued at the higher of the two: (1) actual sales price or (2) the average daily hold price up to the date of the sale.