UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

CITY OF PONTIAC GENERAL EMPLOYEES'
RETIREMENT SYSTEM,

                  Plaintiff,

  - against -

STRYKER CORPORATION, ET AL.,

                 Defendants.

------------------------------------------X

10 Civ. 376 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3|23|10

Sweet, D.J.,

       The motions of New Jersey Building Laborers Pension and Annuity Funds and Alaska Electrical Pension Fund, Genesee County Employees' Retirement System, and State-Boston Retirement System to be appointed lead plaintiff will be heard at noon on Wednesday, April 21, 2010, in Courtroom 18C.  All motion papers shall be served in accordance with Local Civil Rule 6.1.

       It is so ordered.

New York, NY
March 23, 2010

_____
ROBERT W. SWEET
U.S.D.J.